IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-317-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES EDWARD TRAVIS | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 3, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 981(a)(1)(C), as made applicable by Title 28, United States code, Section 2461(c), based upon the defendant pleading guilty to 18 U.S.C. §§ 201(b)(2)(A) and (B), and 18 U.S.C. §§ 641 and 2, and agreeing to the forfeiture of the property listed in the April 3, 2014 Preliminary Order of Forfeiture, to wit:

(A) <u>Personal Property</u> - A 2011 Chevrolet Silverado K2500HD Pickup Truck, VIN: 1GC1KYC89BF134486;

(B) <u>Real Property</u> - including but not limited to, all that lot and parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1400 Blue Ribbon Lane, Hope Mills, Cumberland County, North Carolina, and as more fully described in a deed recorded in Book 08608, Pages 0704-0705 of the Cumberland County Registry;

1

(C) $46,131.20 in U. S. Currency seized from USAA Bank Accounts; and

(D) Gross proceeds in the amount of $211,890.00 (less the proceeds from the sale of the 2011 Chevrolet Silverado K2500HD Pickup Truck, VIN: 1GC1KYC89BF134486 and the $46,131.20 in U. S. Currency seized from USAA Bank Accounts) the remainder being an amount not currently in the possession of or its whereabouts known to the Government. In the Court's April 3, 2014 Preliminary Order and Judgment of Forfeiture, judgment was entered in the amount of $165,758.80 against Defendant Travis, which represents gross proceeds not yet seized by the United States;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between April 10, 2014 and May 09, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's April 3, 2014 Preliminary Order of Forfeiture;

2

AND WHEREAS, the United States advises the Court that it will not be seeking a final order of forfeiture as to the subject real property.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the April 3, 2014 Preliminary Order of Forfeiture, with the exception of the subject real property, is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law.

2. That the subject real property located at 1400 Blue Ribbon Lane, Hope Mills, Cumberland County, North Carolina, and as more fully described in a deed recorded in Book 08608, Pages 0704-0705 of the Cumberland County Registry, is released from this criminal forfeiture action.

3. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 15th day of July, 2014.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE