IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-317-H

UNITED STATES OF AMERICA )
)
v. )
)
JAMES EDWARD TRAVIS )

**AMENDED JUDGMENT OF FORFEITURE**

On motion by the United States, an Amended Judgment of Forfeiture is hereby entered against defendant, JAMES EDWARD TRAVIS, in the amount of $130,588.55.

This 30th day of September 2014.

MALCOLM J. HOWARD
Senior U.S. District Judge